**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00883-WDM-MJW

UNITED STATES OF AMERICA,

      Petitioner,

   v.

THE COLORADO COMMUNITY BANK OF CASTLE ROCK,

      Respondent.

---

**ORDER**

---

Upon defendants' Motion to Dismiss, filed with this Court on June 22, 2005,

IT IS ORDERED that the Motion to Dismiss is GRANTED.  This action is dismissed with prejudice.  Each side shall bear its own costs and attorney's fees.

DATED at Denver, Colorado, on June 23, 2005.

                          BY THE COURT:

                          /s/ Walker D. Miller
                          United States District Judge